IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-20-38-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA LAWRENCE TORREZ, | |
| Defendant. | |

For the reasons stated on the record on May 1, 2024,

**IT IS HEREBY ORDERED** that Defendant's Petition for Revocation of Supervised Release (Doc. 41) be held in abeyance for six months from the date of this Order to **November 1, 2024**, at which time the Petition will either be dismissed or an Amended Petition will be filed with the Court.

The Clerk of Court is to notify counsel of the making of this Order.

DATED this 1st day of May, 2024.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1