## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-20-38-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSHUA LAWRENCE TORREZ, | |
| Defendant. | |

For the reasons stated on the record on August 28, 2024,

**IT IS HEREBY ORDERED** that Defendant's Petition for Revocation of

Supervised Release (Doc. 41) and Amended Petition for Revocation of Supervised

Release (Doc. 53) be held in abeyance for ninety (90) days from the date of this

Order.

**IT IS FURTHER ORDERED** that a dispositional hearing will be held on

**Tuesday, November 26, 2024 at 1:30 p.m.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _28_ day of August, 2024.

_Susan P. Watters_

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1